UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FLOYD STEVE BALES,**

    **Plaintiff,**

**v.**                                                      **Case No: 5:21-cv-496-MMH-PRL**

**BRIGHT SOLAR MARKETING LLC,**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's unopposed motion to reopen discovery, so he may send two subpoenas for call records to Defendant's two dialing platform vendors. (Doc. 39). Plaintiff represents that Defendant proposed he subpoena its dialing platform providers as a compromise solution to their dispute about whether the defendant adequately complied with the Court's November 29, 2022, order requiring the production of call logs. (Docs. 29 & 39). Per the Court's Case Management and Scheduling Order ("Scheduling Order"), discovery closed on October 28, 2022. (Doc. 15). Because there is good cause to modify the discovery deadline, the motion is GRANTED.

Under Federal Rule of Civil Procedure 16, the Scheduling Order's discovery deadline "may be modified . . . for good cause." Fed. R. Civ. P. 16(b)(4). Here, there is good cause to reopen the discovery deadline so that Plaintiff may serve subpoenas on two of Defendant's dialing platform vendors. Plaintiff represents that there is good cause for modification,

> [g]iven the timing of Defendant's production of the summary call records . . . (on December 9), and the fact that [his] motion to compel specifically addressed Defendant's ability to request more detailed call records from the dialing platform vendors, . . .

- 2 -

> . despite [his] diligence, [he] could not have anticipated the need to subpoena Defendant's two dialing platform vendors.

(Doc. 39). Further, Plaintiff notes that although he could serve the subpoenas by agreement with Defendant after the discovery completion date, he seeks the Court's approval in the event that judicial intervention is necessary to enforce the subpoenas. *Id.* Therefore, there is a good cause to reopen discovery for the limited purpose of subpoenaing Defendant's two dialing platform vendors.

Accordingly, and upon due consideration, Plaintiff's motion (Doc. 39) is GRANTED.

**DONE** and **ORDERED** in Ocala, Florida on January 3, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties